David Allen Van Dyne
TDCJ # 01238110
Robertson Unit
12071 FM 3522
Abilene, Tx 79601

74,235-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

March 25, 2015

Honorable Justice

I have been encacerated in violation of the Texas Constitution as well as the United States Costitution for over 12 years now. Until yesterday it could not have been possible for me to have written this letter.

God spoke to me yesterday. The poison began filling my heart —as it has for years— of being in prison for crimes I didnt commit, of which I am actually innocent. At trial, both complainants testified that I did not commit those offenses —never. The prosecutor and my court appointed defense lawyer told me I could not plead "not guilty", only guilty or no contest. In my 11.07 my court appointed lawyer admited in a sworn affidavit that as he represented me he did not know the law relevant to my case. I proved paridigmatic ineffective assitance of counsel, and actual innocence, amoung other matters of law. But the State said I was proceduraly defaulted because I did not raise those issues on direct appeal. The Court of Criminal Appeals denied me

relief without written order based on the State's finding.

Murderous rage over took me. My wife, my children, my life was taken from me. The ferderal court defaulted me because it took over 1 year to file my §2254.

Yesterday I started down that well trodden path of hate-filled revenge when God stopped me dead in my tracks. He reminded me of how He has transformed me from the vile, despicible man I had been, into a man who loves God. He reminded me how He has provided for me, protected me, taught me, revealed Himself to me - all this and more because I am in prison seeking Him diligently. Something I had not done prior to being encarcerated.

God wanted me in prison! Not just to punish me for my iniquities but to also transform me, to free me! He told me that as much as I hate you, I should actually love you and thank you for doing His will, thank you for this incredible relationship I now have with God through His beloved Son, Jesus Christ.

May God bless you with wisdom so that your decisions are just and rigtheous because you too will stand before the judge of all man-kind and give account of your deeds. May you be found in the Great Advocate, Jesus. Sincerely, David Van Dyne